UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FRANCIS D. MENARD,

        Plaintiff,

        -v-                       6:22-CV-38

FIRST SOURCE FEDERAL
CREDIT UNION, and DEBARAH
A. GROGAN,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                    OF COUNSEL:

FRANCIS D. MENARD
Plaintiff, Pro Se
407 West Street, Apt. D
Rome, NY 13440

DAVID N. HURD
United States District Judge

### ORDER ON REPORT & RECOMMENDATION

   On January 19, 2022, *pro se* plaintiff Francis Menard ("plaintiff") filed this action against defendants First Source Federal Credit Union and Debarah A. Grogan alleging that, *inter alia*, they have interfered with his bank account and approved him for a bad bank loan.  Dkt. No. 1.  Plaintiff also applied for leave to proceed *in forma pauperis* ("IFP application").  Dkt. No 2.

On January 26, 2022, U.S. Magistrate Judge Thérèse Wiley Dancks granted plaintiff's IFP application for the limited purpose of conducting an initial review of his complaint. Dkt. No. 4. Judge Dancks also advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed without prejudice for lack of subject matter jurisdiction. *Id*.

Plaintiff has not filed objections, and the time period in which to do so has expired. *See* Dkt. No. 4. Upon review for clear error, the R&R will be accepted and adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. Plaintiff's complaint is DISMISSED without prejudice;

3. Plaintiff may, within thirty days from the date of this Order, amend his complaint in accordance with the instructions set forth in the R&R; and

4. Failure to do so will result in dismissal of this action without further Order of the Court.

IT IS SO ORDERED.

Dated: February 14, 2022
       Utica, New York.

David N. Hurd
U.S. District Judge